

# IN THE UNITED STATES COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA ) | **FILED** |
| ) | NOV 0 6 2020 |
| ) | Mark C. McCartt, Clerk |
| Plaintiff, ) | U.S. DISTRICT COURT |
| ) | |
| ) | 20 MC 021 CVE |
| ) | |
| ) | CASE NO,: CF-18-4018 |
| vs. ) | NOTICE OF REMOVAL OF |
| ) | ACTION UNDER U.S.C. |
| ) | 1151-9526 |
| Kerry Andrew Thompson ) | |
| ) | |
| ) | |
| Defendent. ) | |
| ) | |
| _____ ) | |

## N0TICE OF REMOVAL



# NOTICE OF REMOVAL

NOTICE OF REMOVAL

TO THE CLERK OF THE NORTHERN DISTRICT OF OKLAHOMA:

PLEASE TAKE NOTICE that Defendent KERRY A. THOMPSON hereby removes to this Court the state court action described below.

1. On or about 9-11-2018, an action was commenced by plaintiff IN THE DISTRICT COURT OF TULSA COUNTY, THE STATE OF OKLAHOMA, Plaintiff, vs., Kerry A Thompson, Defendant, Case Number CF-18-4018.

2. This action is a criminal action of which this Court has Jurisdiction under U.S.C. 1151 18-9526

*Kerry A Thompson*

Kerry A. Thompson, AT LAW

1301 S. COLLEGE AVE.
TULSA, OK 74104
918-210-8110